**Order entered August 5, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00237-CV

### IN THE MATTER OF H.F., A JUVENILE

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-18-01302-X**

## ORDER

On our own motion, we **VACATE** our July 31, 2019 order concerning appellant's brief and **ORDER** the brief be filed no later than August 15, 2019. Because this is a priority appeal from the trial court's order granting the State's motion for discretionary transfer, further extensions will not be granted absent exigent circumstances.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE